IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDERRAHAMANE A. MOHAMED on behalf of himself and other persons similarly situated | ) ) ) ) | 2016 CV 6995 |
| Plaintiffs, | ) ) | Hon. Joan Gottschall Mag. Judge Susan Cox |
| vs. | ) ) | |
| DIAMOND TRANSPORT, INC., an Illinois corporation. Defendant. | ) ) ) ) | Jury Trial Demanded |

**PLAINTIFF'S <u>AMENDED</u> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

**PLEASE TAKE NOTICE** that Plaintiff Abderrahamane A. Mohamed, on behalf of himself and other persons similarly situated ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Diamond Transport, Inc., an Illinois corporation. **<u>THIS DISMISSAL IS NOT MADE PURSUANT TO ANY SETTLEMENT AGREEMENT, PURSUANT TO RULE 23 OR OTHERWISE</u>**.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

1

\*      \*      \*

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Additionally, this dismissal is not made pursuant to any settlement agreement. Accordingly, this matter may be dismissed without prejudice and without an order or approval of the Court.

DATED:      November 18, 2016

> Respectfully submitted,
> **ABDERRAHAMANE A. MOHAMED, Plaintiff**
>
> /s/     Danielle K. Kegley
> By:     One of his attorneys

HERMAN J. MARINO, LTD., P.C.
Herman J. Marino, ARDC No. 1765817
Danielle K. Kegley, ARDC No. 6320903
53 W Jackson Blvd., Ste. 1557
Chicago, Illinois 60604
(312) 347-9990
hjmarino@marinotaxlaw.com
dkegley@marinotaxlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, states that on Friday, November 18, 2016, she served copies of the foregoing **PLAINTIFF'S <u>AMENDED</u> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**, by electronically filing it with the Court's EM/ECF system. Copies of this Notice is hereby served electronically upon the registered participants listed below on the Court's EM/ECF system:

    Timothy M. Nolan
    Nicholas P. Cholis
    NOLAN LAW OFFICE
    53 W Jackson Blvd., Ste. 1137
    Chicago, Illinois 60604
    (312) 322-1100
    tnolan@nolanwagelaw.com
    ncholis@nolanwagelaw.com

          Respectfully submitted,

          /s/ Danielle K. Kegley
          By: Danielle K. Kegley

HERMAN J. MARINO, LTD., P.C.
Herman J. Marino, ARDC No. 1765817
Danielle K. Kegley, ARDC No. 6320903
53 W Jackson Blvd., Ste. 1557
Chicago, Illinois 60604
(312) 347-9990
hjmarino@marinotaxlaw.com
dkegley@marinotaxlaw.com
*Attorneys for Plaintiff*